Joyce WHITE, Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD, Respondent,

and

United States Postal Service, Intervenor.

No. 2011–3108.

United States Court of Appeals, Federal Circuit.

July 20, 2011.

Michael D.J. Eisenberg, Law Office of Michael D.J., Washington, DC, for Petitioner.

Joshua A. Mandlebaum, Department of Justice, Washington, DC, for Intervenor.

**ORDER**

**ON MOTION**

Upon consideration of the motion to reform the official caption to designate the Merit Systems Protection Board as the respondent and to permit the United States Postal Service to intervene,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected above.

(2) The respondent and intervenor should calculate their brief due dates from the date of filing of this order.